FILED

MAR 05 2020

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>  v.<br><br>MATTHEW JOHN ANDERSON,<br><br>  Defendant. | Case No. 20CR812-LAB<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Section 666(a)(1) – Theft concerning programs receiving federal funds |

The United States charges:

Beginning in December 2008 and continuing up to and including October 2016, within the Southern District of California, defendant MATTHEW JOHN ANDERSON, being an agent of an organization that received in a one-year period benefits in excess of $10,000 under a federal program, stole and knowingly and wrongfully converted to his own use property owned by the organization valued at over $5,000, all in violation of 18 U.S.C. § 666(a)(1).

ROBERT S. BREWER, JR.
Acting United States Attorney

3/5/20
DATED

ROBERT S. HUIE
Assistant U.S. Attorney